# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ENVIRONMENTAL LAW & POLICY CENTER and HOOSIER ENVIRONMENTAL COUNCIL, <br><br> Plaintiffs <br><br> v. <br><br> ARCELORMITTAL BURNS HARBOR LLC, and ARCELORMITTAL USA LLC, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:19-cv-473-PPS-JPK |

## NOTICE OF NAME CHANGE AND MOTION TO CHANGE CASE CAPTION

COMES NOW Defendant ArcelorMittal Burns Harbor LLC pursuant to Federal Rule of Civil Procedure 8, and provides notice of a name change and further moves for modification of the case caption to reflect the name change.

1. ArcelorMittal Burns Harbor LLC, a Delaware limited liability company, is a defendant in this action.

2. On December 23, 2020, ArcelorMittal USA LLC changed its name to Cleveland-Cliffs Burns Harbor LLC. *See* **Exhibit A**, Certificate of Amendment of Certificate of Formation.

WHEREFORE, Defendant ArcelorMittal Burns Harbor LLC, provides notice of the change of its name to Cleveland-Cliffs Burns Harbor LLC, and respectfully requests that the caption be amended to reflect the name change moving forward.

Dated: February 22, 2021

/s/     H. Max Kelln
H. Max Kelln, IN Bar No. 30358-49
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: h.max.kelln@faegredrinker.com

*Attorney for Defendants ArcelorMittal Burns Harbor LLC and ArcelorMittal USA LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service.

/s/ H. Max Kelln